Case 1:06-cv-00600-JTN  ECF No. 35,  PageID.238  Filed 11/15/07  Page 1 of 4

FILED - GR (JTN)
November 15, 2007  2:30 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _____ /_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN P. DELANEY AND BRENDA
JEAN DELANEY,

    Plaintiffs,

Case No. 1:06-cv-600

HON. JANET T. NEFF

v

LEONARD W. MARSH,

    Defendants.
_____/

## VERDICT FORM

We, the jury, answer the questions submitted as follows:

QUESTION NO. 1: Was the defendant Mr. Marsh negligent?

    Answer: _YES_ (yes or no)

If your answer is "yes," go on to Question No. 2.

If your answer is "no," do not answer any further questions.

QUESTION NO. 2:  Was the plaintiff Mr. Delaney negligent?

Answer: __No__ (yes or no)

If your answer is "yes," go on to Question No. 3.

If your answer is "no," go on to Question Nos. 4 and 6.

QUESTION NO. 3:

A.  Using 100 percent as the total, enter the percentage of negligence attributable to the defendant, Mr. Marsh:

_____ percent

B.  If you answered "yes" to Question No. 2, then using 100 percent as the total, enter the percentage of negligence attributable to the plaintiff Mr. Delaney:

_____ percent

The total of these must equal 100 percent:     TOTAL 100 percent

*Please note that the Court will reduce the total amount of plaintiffs' damages entered below by the percentage of negligence, if any, attributable to plaintiff Mr. Delaney. The remainder will be the amount which plaintiffs are entitled to recover.*

QUESTION NO. 4: What is the total amount of plaintiff Mr. Delaney's noneconomic damages?

Answer: $22,500.00

QUESTION NO. 5: What is the total amount of plaintiff Mr. Delaney's economic damages?

Answer: $23,425.00

QUESTION NO. 6: What is the total amount of plaintiff Mrs. Delaney's noneconomic damages?

Answer: $22,500.00

QUESTION NO. 7: What is the total amount of plaintiff Mrs. Delaney's economic damages?

Answer: $24,975.00

Signed,

_____
Foreperson

15 NOV 07
Date